IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JAMEL MARQUEL GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-CV-304-WKW |
| | ) | [WO] |
| GENERAL ELECTRIC AVIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 46.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Defendant's motion for summary judgment (Doc. # 36) is GRANTED.

Final judgment will be entered separately.

DONE this 23rd day of June, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE